FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 17 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-00045-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC PAQUIET,

    Plaintiff,

v.

ACE American Insurance Company,

    Defendant.

No. C07-45P

ORDER STAYING CASE

The Court has received a stipulation and proposed order in which the parties ask the Court stay this case pending approval of a settlement agreement in another matter. Having reviewed the parties' stipulation, the Court finds and ORDERS as follows:

(1) For good cause shown, the Court STAYS this matter pending the conclusion of the matter of <u>Pierre Billaut by and Through his Guardian Ad Litem Pierre Chartain v. Miller et al.</u> in the Superior Court of San Luis Obispo County, California.

(2) All pending deadlines in this matter are VACATED.

(3) While this matter is stayed, the parties are directed to submit a joint status report to the Court every <u>sixty (60) days</u>, with the first report due on <u>July 16, 2007</u>. The joint status reports shall inform the Court of the status of the <u>Billaut</u> case in California. Failure to comply with the

ORDER - 1

requirement of filing a joint status report every sixty days while the stay is in place may result in the imposition of sanctions, including the dismissal of this action without prejudice.

    (4)    The clerk is directed to send copies of this order to all counsel of record.

Dated: May  17 , 2007.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER - 2